**Expanded Surveillance of IP Address 68.58.127.204**

**ISP:** Comcast Cable
**Location:** Indianapolis, IN

| Hit Date  UTC | Filename |
|---|---|
| 01/26/2013 | Lynda.com - Java Database Integration with JDBC (Nov. 2012) |
| 01/26/2013 | Lynda.com - Java Advanced Training |
| 01/26/2013 | VA_-_Ekwador_Manieczki_Vol_6-2005-AFO |
| 01/26/2013 | sexo-mshf-chastity-130125.mp4 |
| 01/26/2013 | Teens.In.Tight.Jeans.3.mp4 |
| 01/26/2013 | Kennedy_b_3hd29_.mp4 |
| 01/26/2013 | Masha_4r32_.wmv |
| 01/26/2013 | GirlsDoPorn  19 Years Old E193 |
| 01/26/2013 | SellYourGF - Fucked for her cheap-ass bf - Alina aka Dasha [720p].mp4 |
| 01/26/2013 | ktr.et.13.01.25.wmv |
| 01/26/2013 | Katy_3hd29_.mp4 |
| 01/26/2013 | Nineteen Video Magazine 51  2004 |
| 01/26/2013 | Explicite-Art.13.01.20.Stella.Johanssen.Greed.Part.2.XXX.720p.MOV |
| 01/25/2013 | Adobe Photoshop CS6 13.1.2 Extended Multilanguage [ChingLiu] |
| 01/24/2013 | The.Amazing.Spider-Man.2012.DVDRip.[ENG].paN |
| 01/22/2013 | X-Art - A Little Rain Must Fall - Angelica [1080p].mov |
| 01/22/2013 | 28268_Rilynn Rae-chkm8te.wmv |
| 01/22/2013 | UltimateSurrender.13.01.15.Darling.Bella.Rossi.Rilynn.Rae.And.Mischa.Brooks.XXX.720p.MP4-KTR[rarbg] |
| 01/22/2013 | Hi-Fidelity Dub Sessions, Vol. 5 |
| 01/22/2013 | [Mazui]_Boku_Ha_Tomodachi_Ga_Sukunai_NEXT_-_01_[7F653193].mkv |
| 01/22/2013 | nathrilynnjohnny_2k.wmv |

EXHIBIT C

SIN17

| Hit Date  UTC | Filename |
|---|---|
| 01/18/2013 | x-art_baby_susie_then_they_were_three_540.wmv |
| 01/18/2013 | Nubiles.net_13.01.16.Oprah.Beautiful.Blonde.XXX.IMAGESET-FuGLi[rarbg] |
| 01/18/2013 | Wiley - The Fast Forward Mba In Project Management, 2Nd Ed - 2005 - (By Laxxuss).pdf |
| 01/18/2013 | Daddy Yankee - Rompe - digitaldj.proboards52.com |
| 01/18/2013 | Anjelica (2012) HD 720p |
| 01/18/2013 | x-art_angelica_inside_perfection_540.mov |
| 01/14/2013 | RaiderZ_Installer_20121022 |
| 01/14/2013 | [HorribleSubs] BTOOOM! - 11 [1080p].mkv |
| 01/14/2013 | [HorribleSubs] BTOOOM! - 12 [1080p].mkv |
| 01/10/2013 | Stuffin.Young.Muffins.9.XXX.DVDRip.x264 |
| 01/10/2013 | WOWGirls.11.11.09.Monroe.XXX.1080p.MP4-iaK[rbg] |
| 01/10/2013 | TryTeens_Angela_ImgZilla.wmv |
| 01/10/2013 | WOWGirls.11.12.08.Bianca.XXX.1080p.MP4-iaK[rbg] |
| 01/09/2013 | Pan's Labyrinth [2006] DVDRip [Eng Subs] LTZ |
| 01/09/2013 | Homeland S02E01 HDTV x264-EVOLVE[ettv] |
| 01/04/2013 | Facials |
| 01/02/2013 | Anjelica, Ella - An Unexpected Visit - 720p.mp4 |
| 01/02/2013 | FemJoy.13.01.01.Carisha.Red.Lips.XXX.720p.WMV-GAGViD[rbg] |
| 01/02/2013 | Silver Linings Playbook 2012 DVDRip XviD-MAX |
| 01/02/2013 | i-feel-myself-amnesia-mp4-xxx.mp4 |
| 01/02/2013 | Young School Girl gets oil massage with a happy ending XXX.flv |
| 01/02/2013 | Joymii.13.01.01.Evi.F.And.Presley.H.Triple.Pleasure.XXX.720p.MOV-KTR[rbg] |
| 01/02/2013 | Jessie Rogers    Massage For VIP Client.avi |
| 12/30/2012 | SV_Nina_26_12_2012.mp4 |
| 12/29/2012 | Met-Art.com_12.05.10.Karina.N.Copine.XXX.iMAGESET-P4L[rbg] |

EXHIBIT C

SIN17

| Hit Date UTC | Filename |
|---|---|
| 12/28/2012 | 18OnlyGirls - Massaging My Secret Spot - Irina K [1080p].mp4 |
| 12/27/2012 | YoungLegalPorn  The Day We Met Each Other  Grace C, Nikita |
| 12/26/2012 | X-Art - Casual Affair - Eufrat, Grace [1080p].mov |
| 12/26/2012 | WowGirls Cock Addicts Anjelica, Zoe |
| 12/26/2012 | WowGirls - A Mellow Girl - Irina K [1080p].mp4 |
| 12/26/2012 | Met-Art.com_12.11.14.Grace.C.Varmo.XXX.iMAGESET-iNova |
| 12/26/2012 | russian-teen-couple-denis-lidia-xxx.wmv |
| 12/26/2012 | Met-Art.com_12.12.22.Grace.C.Xantina.XXX.iMAGESET-P4L[rbg] |
| 12/26/2012 | WowGirls  Too Deep  Grace C |
| 12/26/2012 | YoungLegalPorn - Champs Fun - Irina K [1080p].mp4 |
| 12/25/2012 | WowGirls  Must-Own Girl Anjelica |
| 12/25/2012 | Anjelica.Be.My.Hero.WowGirls.2012.FullHD_iyutero.com.mp4 |
| 12/25/2012 | Anjelica - Save Me.wmv |
| 12/25/2012 | Anjelica and Natasha Von - Love Is For Two HD 720p |
| 12/25/2012 | Angelica.Naughty.Nice.XArt.2012_iyutero.com.wmv |
| 12/25/2012 | x-art_angelica_naughty_and_nice_1080.mov |
| 12/25/2012 | x-art_angelica_naughty_and_nice_540.wmv |
| 12/25/2012 | YoungLegalPorn You Belong To Me  Anjelica |
| 12/23/2012 | Met-Art.com_12.12.22.Kira.J.Slosita.XXX.iMAGESET-P4L[rbg] |
| 12/23/2012 | [HorribleSubs] Sword Art Online - 25 [1080p].mkv |
| 12/23/2012 | X-Art.com_12.12.22.Beatrice.A.Girls.Fantasy.XXX.iMAGESET-P4L[rbg] |
| 12/23/2012 | Met-Art.com_12.12.22.Christel.A.Locus.XXX.iMAGESET-P4L[rbg] |
| 12/23/2012 | Met-Art.com_12.12.22.Lolly.A.Presenting.Lolly.XXX.iMAGESET-P4L[rbg] |
| 12/23/2012 | [HorribleSubs] Fairy Tail - 162 [720p].mkv |
| 12/23/2012 | SexArt.com_12.12.22.Malena.Morgan.Vacillant.XXX.iMAGESET-P4L[rbg] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 12/22/2012 | [HorribleSubs] Sword Art Online - 25 [720p].mkv |
| 12/19/2012 | [HorribleSubs] Sword Art Online - 24 [720p].mkv |
| 12/18/2012 | [Doki] Sankarea - 00 (853x480 h264 DVD AAC) [0B424F79].mkv |
| 12/18/2012 | NME - October 6 2012 |
| 12/18/2012 | [HorribleSubs] Sword Art Online - 21 [1080p].mkv |
| 12/18/2012 | Visual Studio 2012 Ultimate + Serial key |
| 12/17/2012 | torrent file |
| 12/17/2012 | ParaNorman [2012] BDRip 720p [Eng]-Junoon |
| 12/17/2012 | [HorribleSubs] Sword Art Online - 19 [1080p].mkv |
| 12/16/2012 | Castle.S05E06.Swan.Song.HDTV.XviD-2HD[ettv] |
| 12/16/2012 | ParaNorman 2012 BRRip XviD-CARAMIZI |
| 12/16/2012 | Kung Fu Panda 2 BRRip XviD-ExtraTorrentRG |
| 12/16/2012 | Whitney Houston - The Best Of Whitney Houston (2012) |
| 12/16/2012 | [HorribleSubs] Sword Art Online - 24 [1080p].mkv |
| 12/16/2012 | [EvoSubs] Sword Art Offline - Episode 2 [BD 1080p][10bit][FLAC] |
| 12/16/2012 | [Commie] Sword Art Online - Volume 1 [BD 1080p AAC] |
| 12/15/2012 | Hope Springs 2012 RETAIL DVDRip XviD AC3-NYDIC |
| 12/15/2012 | Twin Peaks Fire Walk With Me 1992 MP4 |
| 12/14/2012 | Abraham Lincoln Vampire Hunter 2012 DVDRip XviD-JYJH |
| 12/12/2012 | Mac OS X Lion 10.7.5 11G63 |
| 12/09/2012 | [HorribleSubs] Sword Art Online - 22 [1080p].mkv |
| 12/09/2012 | Person of Interest S02E01 HDTV x264-2HD [eztv] |
| 12/09/2012 | Resident Evil Retribution 2012 BRRip 720p x264 AAC - KiNGDOM |
| 12/06/2012 | RealExGirlfriends Whitney Westgate Pussy Exercises 720p.wmv |
| 12/05/2012 | WWE.Raw.12.03.12.DSR.XviD-XWT |

EXHIBIT C

SIN17

| Hit Date  UTC | Filename |
|---|---|
| 12/05/2012 | Sexy Web Design - Create Your Own Stunning Web Interfaces That Just Work |
| 12/05/2012 | CastingCouch-X - Whitney Westgate |
| 12/05/2012 | BackRoomFacials - Christie Nelson (The Renaissance Woman - 2012 .mp4 |
| 12/05/2012 | IKnowThatGirl  Whitney Westgate |
| 12/05/2012 | MassageGirls18.com - Whitney Westgate.mp4 |
| 12/05/2012 | ShadyPI Whitney Westgate Office Seduction.mp4 |
| 12/05/2012 | FuckedhardGfs Whitney Westgate.mp4 |
| 12/05/2012 | A Big Dick For A Cutie 2  Whitney Westgate |
| 12/04/2012 | How I Met Your Mother S08E09 HDTV x264-LOL[ettv] |
| 12/04/2012 | The Walking Dead S03E08 HDTV x264-2HD[ettv] |
| 12/04/2012 | The Walking Dead S03E08 HDTV x264 AAC-V3nom |
| 12/02/2012 | MySistersHotFriend Jessie Rogers, Rikki Six.mp4 |
| 12/02/2012 | The.Cheech.And.Chong.Collection |
| 12/02/2012 | [KKF] Happiness! - OVA [DVDrip][94C9F54C].mp4 |
| 11/28/2012 | X-Art.12.11.23.Connie.Heart.And.Soul.XXX.1080p.MOV-KTR[rbg] |
| 11/28/2012 | TonightsGirlfriend - Jessie Rogers ** NEW 28 november 2012 ** SD MP4.mp4 |
| 11/22/2012 | Bleach Movie 3 Fade to Black DualAudio[Eng-Jap] 720p H264 AC3 5.1 - LaXuS |
| 11/21/2012 | The.Walking.Dead.S03E03.720p.HDTV.x264-EVOLVE.mkv |
| 11/21/2012 | CastingCouch-X - Jessa 2012 SD MP4.mp4 |
| 11/21/2012 | The.Walking.Dead.S03E06.720p.HDTV.x264-IMMERSE.mkv |
| 11/18/2012 | True.Justice.Vengeance.Is.Mine.2012.DVDRip.XviD-EXViD |
| 11/18/2012 | The.Day.2011.720p.BluRay.x264-GECKOS [EtHD] |
| 11/18/2012 | Taken 2 2012 TS Xvid UnKnOwN [SwtLissa] |
| 11/18/2012 | The Watch 2012 BRRIP X264 {1337x}-Hiest |
| 11/18/2012 | [ www.UsaBit.com ] - Remains.2011.LIMITED.DVDRip.XviD-MARGiN |

EXHIBIT C

SIN17

| Hit Date  UTC | Filename |
|---|---|
| 11/18/2012 | X-Art - Ivy ** NEW 17 november 2012 ** HD 720.wmv |
| 11/18/2012 | Prometheus_2012_720p_BDRip_QEBS9_AAC20_MP4-FASM |
| 11/18/2012 | Total.Recall.2012.EXTENDED.DC.720p.BRRip.x264.AC3-JYK |
| 11/18/2012 | The Expendables 2 2012 720p BRRip x264 DTS 5.1 -KiNGDOM |
| 11/18/2012 | End of Watch 2012 DVDRip x264 AC3 5.1-JYK |
| 11/18/2012 | Halo 4 Forward Unto Dawn 2012 BRRiP XViD AC3-sC0rp |
| 11/15/2012 | First Aid Kit - Studio Disography (2012) MP3VBR Beolab1700 |
| 11/14/2012 | ghost whisperer saison 3 episodes 12 e t 13 |
| 11/13/2012 | Alex Clare - Too Close.mp3 |
| 11/13/2012 | Katy Perry - Wide Awake.mp3 |
| 11/13/2012 | The Script - Hall of Fame (feat. will.i.am) [Single] [2012]- Sebastian[Ub3r] |
| 11/13/2012 | The Wanted - Glad You Came.mp3 |
| 11/13/2012 | Carly Rae Jepsen - Call Me Maybe.flac |
| 11/13/2012 | Karmin - Brokenhearted {2012-Single} [NL] |
| 11/13/2012 | Demi Lovato - Give Your Heart a Break.mp3 |
| 11/13/2012 | Alanis Morissette - Guardian {2012-Single}[NL] |
| 11/11/2012 | [HorribleSubs] Sword Art Online - 18 [1080p].mkv |
| 11/09/2012 | Met-Art_12.10.26.Jennifer.Mackay.Supro.XXX.iMAGESET-YAPG |
| 11/08/2012 | Naked Yoga |
| 11/08/2012 | Naked Military Girls |
| 11/05/2012 | [HorribleSubs] Sword Art Online - 16 [720p].mkv |
| 11/05/2012 | [HorribleSubs] Sword Art Online - 15 [720p].mkv |
| 11/05/2012 | [HorribleSubs] Sword Art Online - 16 [1080p].mkv |
| 11/05/2012 | [HorribleSubs] Sword Art Online - 15 [1080p].mkv |
| 11/05/2012 | [HorribleSubs] Sword Art Online - 17 [720p].mkv |

EXHIBIT C

SIN17

| Hit Date UTC | Filename |
|---|---|
| 11/04/2012 | [HorribleSubs] BTOOOM! - 01 [1080p].mkv |
| 11/04/2012 | [rori] Sakurasou no Pet na Kanojo - 03 [6831E7E2].mkv |
| 11/04/2012 | [HorribleSubs] BTOOOM! - 04 [1080p].mkv |
| 11/04/2012 | [HorribleSubs] BTOOOM! - 03 [1080p].mkv |
| 11/04/2012 | [rori] Sakurasou no Pet na Kanojo - 02 [A5561527].mkv |
| 11/04/2012 | [HorribleSubs] Sword Art Online - 17 [1080p].mkv |
| 11/04/2012 | {www.scenetime.com}Body.Invaders.S01E01.Dont.Pull.it.Out.480p.HDTV.x264-mSD |
| 11/04/2012 | Covert Affairs S03E13 2012 HDTV x264-2HD[ettv] |
| 11/04/2012 | [HorribleSubs] BTOOOM! - 02 [1080p].mkv |
| 11/04/2012 | [HorribleSubs] Sword Art Online - 18 [720p].mkv |
| 11/04/2012 | Burn Notice S06E10 HDTV x264-ASAP[ettv] |
| 11/03/2012 | Burn Notice S06E08 HDTV x264-ASAP[ettv] |
| 11/03/2012 | White.Collar.S04E08.HDTV.XviD-AFG |
| 11/03/2012 | Burn.Notice.S06E02.PROPER.720p.HDTV.x264-2HD [PublicHD] |
| 11/03/2012 | White.Collar.S04E05.720p.HDTV.x264-IMMERSE [PublicHD] |
| 11/03/2012 | White.Collar.S04E03.HDTV.XviD-AFG |
| 11/03/2012 | Burn.Notice.S06E04.HDTV.XviD-AFG |
| 11/03/2012 | White.Collar.S04E04.PROPER.HDTV.XviD-AFG |
| 11/03/2012 | White.Collar.S04E10.HDTV.XviD-AFG |
| 11/03/2012 | burn.notice.s06e01.720p.hdtv.x264-compulsion.mkv |
| 11/03/2012 | Burn.Notice.S06E03.720p.HDTV.x264-IMMERSE [PublicHD] |
| 11/03/2012 | White Collar S04E09 HDTV x264-ASAP[ettv] |
| 11/03/2012 | Burn.Notice.S06E07.HDTV.XviD-3LT0N |
| 11/03/2012 | White.Collar.S04E07.HDTV.XviD-P2P |
| 11/03/2012 | White.Collar.S04E02.HDTV.XviD-AFG |

EXHIBIT C

SIN17

| Hit Date  UTC | Filename |
|---|---|
| 11/02/2012 | Ice Age Continental Drift  2012 DVDRip XviD-LABA |
| 11/01/2012 | The Walking Dead S03E02 HDTV x264-KILLERS[ettv] |
| 11/01/2012 | Bones.S08E03.HDTV.XviD-AFG |
| 11/01/2012 | The Walking Dead S03E03 HDTV x264-2HD[ettv] |
| 11/01/2012 | WWE.Hell.In.A.Cell.2012.HDTV.x264-NWCHD |
| 11/01/2012 | [DeadFish] Sword Art Online - 16 [720p][AAC].mp4 |
| 11/01/2012 | Bones.S08E04.HDTV.XviD-PTpOWeR |
| 11/01/2012 | [DeadFish] Sword Art Online - 17 [720p][AAC].mp4 |
| 11/01/2012 | The Scorpion King 2.Rise Of A Warrior[2008][DvDrip][Eng] |
| 11/01/2012 | [DeadFish] Sword Art Online - 15 [720p][AAC].mp4 |
| 11/01/2012 | The Hunger Games 2012 BRRip XviD-ViP3R.avi |
| 11/01/2012 | WWE.Raw.10.29.12.DSR.XviD-XWT |
| 10/30/2012 | [FAKKU]_Unsweet_Netorare_Ochita_Onna-tachi_-_01_[01986A28].mkv |
| 10/29/2012 | What To Expect When You're Expecting (2012) DVDRip XViD- aAF |
| 10/27/2012 | [sage-koi]_CØDE?BREAKER_-_03_[720p][10bit][735482AF].mkv |
| 10/23/2012 | [FAKKU]_Uhou_Renka_-_01_[532AA960].mkv |
| 10/13/2012 | [Commie] Sword Art Online - 14 [36547BAF].mkv |
| 10/12/2012 | [rori] Sakurasou no Pet na Kanojo - 01 [C026AA28].mkv |
| 10/11/2012 | [HorribleSubs] Tonari no Kaibutsu-kun - 02 [1080p].mkv |
| 10/08/2012 | [HorribleSubs] Sword Art Online - 14 [1080p].mkv |
| 10/06/2012 | [HorribleSubs] Sword Art Online - 06 [720p].mkv |
| 10/06/2012 | [HorribleSubs] Sword Art Online - 08 [1080p].mkv |
| 10/06/2012 | [HorribleSubs] Sword Art Online - 10 [1080p].mkv |
| 10/06/2012 | [HorribleSubs] Sword Art Online - 07 [1080p].mkv |
| 10/06/2012 | [HorribleSubs] Sword Art Online - 09 [720p].mkv |

EXHIBIT C

SIN17

| Hit Date UTC | Filename |
|---|---|
| 10/05/2012 | Disgraced18.12.08.29.Lily.Love.Disguised.For.Temptation.XXX.720p.WMV-KTR[rbg] |
| 10/05/2012 | How I Met Your Mother - S08E02 - The Pre-Nup - 720p WEB-DL H.264 {$H@uN} |
| 10/03/2012 | [HorribleSubs] Tonari no Kaibutsu-kun - 01 [1080p].mkv |
| 10/01/2012 | GFRevenge - Golden Goodies |
| 09/30/2012 | GFRevenge - Spread For Me |
| 09/30/2012 | (18????)[120921][softhouse-seal]?????????????????????????? DL? (files).rar |
| 09/30/2012 | Final.Fantasy.VII.Remake-RELOADED |
| 09/30/2012 | Thuy Nga - Dem Trong Can Nha Hoang.iso |
| 09/30/2012 | (18????)[120914][10mile]???????????? (iso+rr).rar |
| 09/29/2012 | ATKPetites.12.08.29.Alice.Footfetish.XXX.1080p.MP4-KTR[rbg] |
| 09/27/2012 | Nip Tuck S07E05 HDTV XviD-LOL [eztv] |
| 09/27/2012 | GFRevenge Alexis Private View.avi |
| 09/27/2012 | Zoey - Schooled in Seduction.mpg |
| 09/26/2012 | GFRevenge - Grabbing Vega - Gabby.mp4 |
| 09/26/2012 | GFrevenge - Lick and suck |
| 09/26/2012 | GFRevenge Spread For Me |
| 09/26/2012 | GFRevenge Spread For Me |
| 09/26/2012 | GFrevenge - Surprise visit |
| 09/26/2012 | GFRevenge - Naughty Nova |
| 09/26/2012 | GFRevenge - Jadde - Jack And Jade.flv |
| 09/26/2012 | GFRevenge - Bathroom Beauty - Lily Love.mp4 |
| 09/26/2012 | GFRevenge.12.07.30.Titties.Out.XXX.HR.FLV-KTR |
| 09/26/2012 | GFRevenge - Kissy Lips |
| 09/26/2012 | GFRevenge - Staci (Easy Access) |
| 09/26/2012 | GFRevenge - Peek A Boob.flv |

EXHIBIT C

SIN17

| Hit Date  UTC | Filename |
|---|---|
| 09/25/2012 | PSY - Gangnam Style [2012-Singles] PROMO-CD NimitMak SilverRG |
| 09/24/2012 | IFuckedHerFinally.12.06.19.Olga.XXX.1080p.MP4-KTR[rbg] |
| 09/23/2012 | [HorribleSubs] Naruto Shippuuden - 276 [720p].mkv |
| 09/23/2012 | [Narutoverse]_NARUTO_Shippuden_280_[720p].mkv |
| 09/23/2012 | Naomi.West.AmateurAllure.2012_iyutero.com.mp4 |
| 09/23/2012 | IFHF_Sindy_04_06_2012.mp4 |
| 09/23/2012 | [Narutoverse]_NARUTO_Shippuden_279_[720p].mkv |
| 09/23/2012 | s1220_breakfast_in_bed_sd-chkm8te.mov |
| 09/23/2012 | TeenFidelity_-_Naomi_West_Bang_My_Braces_HD_1080p |
| 09/23/2012 | [HorribleSubs] Naruto Shippuuden - 277 [720p].mkv |
| 09/22/2012 | 18YearsOld.12.06.15.Naomi.West.Fooling.Around.XXX.720p.WMV-SEXORS[XXXFile.me] |
| 09/22/2012 | prnfle84x.mp4 |
| 09/19/2012 | rsp_aria_aubrey_naomi_368p_750.mp4 |
| 09/18/2012 | d18_naomiwest-wmvFullLow-1.wmv |
| 09/18/2012 | WWE.Friday.Night.Smackdown.2012.09.14.720p.HDTV.x264-Ebi |
| 09/18/2012 | WWE Divas Playboy Collection |
| 09/18/2012 | [Kyuubi]_Fairy_Tail_49-98_[720p][BATCH] |
| 09/18/2012 | WWE.Monday.Night.Raw.2012.09.10.HDTV.x264-NWCHD |
| 09/18/2012 | WWE.Night.Of.Champions.2012.HDTV.x264-NWCHD |
| 09/18/2012 | PSY - Gangnam Style (1080p) x264 {M4A+MP4} [VX] |
| 09/13/2012 | rubateen_kani_full_hi_720hd.mp4 |
| 09/10/2012 | [HorribleSubs] Deadman Wonderland  - 01 [720p].mkv |
| 09/04/2012 | FakeAgent - Abigaile Johnson [720p].mov |
| 09/03/2012 | 01 09 12 Pure18 - Ava Hardy |
| 09/03/2012 | 01 09 12 Lethalhardcore - Zoey Foxx |

EXHIBIT C

SIN17