```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
                 INDIANAPOLIS DIVISION


MALIBU MEDIA LLC,                )
                                 )
         Plaintiff,              )
    vs.                          ) NO. 1:13-cv-00202-SEB-MJD
                                 )
GLENN NOPAL,                     )
                                 )
         Defendant.              )
```

## ORDER TO SHOW CAUSE HEARING

Defendant, Glenn Nopal, shall appear in open Court on **Wednesday, December 11, 2013 at 4:20 p.m.,** in Room 243, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore to answer why he should not be sanctioned for having failed to appear for the October 28, 2013 telephonic status conference in this matter.  Counsel for Plaintiff, may, but need not attend.

Dated: 10/29/2013

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

GLENN NOPAL
8534 Bison Lake Drive Apt. A
Indianapolis, IN 46227