# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC,       )<br>                              )<br>     Plaintiff,             )<br>                              )<br>v.                           )<br>                              )<br>GLENN NOPAL               )<br>                              )<br>     Defendant.            )<br>_____) | Civil Case No. 1:13-cv-00202-SEB-MJD |

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES AND FED. R. CIV. P. 26(a) DISCLOSURES [DKT. 27]

PLEASE TAKE NOTICE, Plaintiff hereby withdraws its Motion to Compel Defendant's Discovery Responses and Fed. R. Civ. P. 26(a) Disclosures [CM/ECF 27].

Dated:  December 13, 2013

                                                  Respectfully submitted,

                                                  NICOLETTI & ASSOCIATES, PLLC

By:    /s/ *Paul J. Nicoletti*              
           Paul J. Nicoletti, Esq. (P44419)
           36880 Woodward Ave, Suite 100
           Bloomfield Hills, MI 48304
           Tel:  (248) 203-7800
           Fax:  (248) 203-7801
           E-Fax: (248) 928-7051
           Email:  paul@nicoletti-associates.com
           *Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Glenn Nopal
530 Quail Run
Greenwood, IN 46142
678-373-8372
*Pro se*

                                                              By:    /s/ *Paul J. Nicoletti*