```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF INDIANA
                 INDIANAPOLIS DIVISION


MALIBU MEDIA LLC,                 )
                                  )
          Plaintiff,              )
     vs.                          ) NO. 1:13-cv-00202-SEB-MJD
                                  )
GLENN NOPAL,                      )
                                  )
          Defendant.              )
```

**MINUTE ENTRY FOR DECEMBER 11, 2013**
**HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter came before the Court for a hearing on an Order to Show Cause issued to Defendant for his failure to attend the October 28, 2013 telephonic status conference [Dkt. 26]. After discussion with Defendant, the Court hereby discharges the Orders to Show Cause.

Dated: 12/20/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Amie Peele Carter
BAKER & DANIELS - Indianapolis
amie.peelecarter@FaegreBD.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Ryann E. Ricchio
FAEGRE BAKER DANIELS LLP - Indianapolis
ryann.ricchio@faegrebd.com

```
GLENN NOPAL
530 Quail Run
Greenwood, IN 46142
```