```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION


MALIBU MEDIA LLC,                 )
                                  )
          Plaintiff,              )
     vs.                          ) NO. 1:13-cv-00202-SEB-MJD
                                  )
GLENN NOPAL,                      )
                                  )
          Defendant.              )
```

**MINUTE ENTRY FOR DECEMBER 11, 2013
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Plaintiff appeared by counsel and Defendant appeared pro se by telephone for a Status Conference. Defendant gave the Court his new address. Defendant indicated he does not intend to serve any discovery. Plaintiff filed a motion to compel on Defendant's failure to respond to discovery requests. In reviewing a copy of the discovery, it appears they were not served on Defendant's correct address. Accordingly, Plaintiff agreed to withdraw the motion to compel and reserve the discovery requests. The Court will appoint a mediation assistance counsel to assist Defendant at the settlement conference scheduled for April 14, 2014.

This matter is scheduled for a telephonic status conference on **Tuesday, January 28, 2014 at 11:30 a.m.** to discuss case management deadlines. Parties shall attend the status conference by calling 1-877-336-1839 Access Code 4951264 Security Code 020513.

Dated: 12/20/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Amie Peele Carter
BAKER & DANIELS - Indianapolis
amie.peelecarter@FaegreBD.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Ryann E. Ricchio
FAEGRE BAKER DANIELS LLP - Indianapolis
ryann.ricchio@faegrebd.com

GLENN NOPAL
530 Quail Run
Greenwood, IN 46142