FILED
JAN 23 2014
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT INDIANA

MALIBU MEDIA, LLC, )
)
   Plaintiff, )
)   Civil Case No. 1:13-cv-202-SEB-MJD
00202-SEB-MJD )
v. )
)
   Glenn Nopal, Defendent )
)
_____ )

## *Request for Productions of Documents*

    In Late November, old desktop was sold on craigslist and DV9000 laptop was sold early December 2012 on Craigslist to buy a newer laptop that could support work and gaming better. Newer/Current laptop, Dell Latitude 6420, was purchased on Craigslist some time before Christmas 2012. Was already running slow with malware at time of purchase, had a virus removal. In May of 2013, was still running slow and found out hard drive was failing. Replaced hard drive.

## RESPONSE NO. 1:
    Current Hard drive will be sent for work

## RESPONSE NO. 2:
    all documents related to internet browser activity will be on clone

## RESPONSE NO 3:
    Laptop was purchase with cash via Craigslist

## RESPONSE NO 4:
    Receipt unavailable for purchase/installation of the wireless modem that was used

## RESPONSE NO 5:
    no documents about wireless router available

## RESPONSE NO 6:
    none available

## RESPONSE NO 7:

SCANNED

34

none available

## RESPONSE NO 8:
Avast Antivirus, free to install and use available on the internet

## RESPONSE NO 9:
I do not own any external hard drives

## RESPONSE NO 10:
I do not own any electronic storage locker

## RESPONSE NO 11:
I do not own any cloud based storage systems

## RESPONSE NO 12:
not sure how to get requested information off my Nintendo Wii

## RESPONSE NO 13:
not sure how to do this

## RESPONSE NO 14:
Only mobile device I own is a Droid smart phone

## RESPONSE NO 15:
I resided at the apartment in this time period

## RESPONSE NO 16:
did not understand question
did not lease out or sublet.

## RESPONSE NO 17:
none available

## RESPONSE NO 18:
Did not understand what question was pertaining to.
none available? On clone hard drive?

## RESPONSE NO 19:
none available

2