```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                    INDIANAPOLIS DIVISION


MALIBU MEDIA LLC,                 )
                                  )
         Plaintiff,               )
     vs.                          ) NO. 1:13-cv-00202-SEB-MJD
                                  )
GLENN NOPAL,                      )
                                  )
         Defendant.               )
```

**MINUTE ENTRY FOR JANUARY 28, 2014**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**


Parties appeared by telephone for a Status Conference. The parties reported on the status of discovery. Counsel for Plaintiff orally moved for leave to serve up to a total of 35 interrogatories; without objection, the Court will Grant the motion. As a result of delays in discovery, the Court *sua sponte* amends the Scheduling Order [Dkt. 19] as follows:

> **E.** If parties need additional evidence from each other, or from third-parties, companies, or entities, they may use the methods described in Federal Rules of Civil Procedure 26-37 and 45 to obtain it. These methods are called "discovery" methods. All discovery requests must be served on the responding party (but NOT filed with the Court) no later than **April 16, 2014.** All Discovery must be completed by **May 19, 2014.**

> **F.** No later than **March 7, 2014** – Plaintiff shall tell the Defendant if they intend to use any testimony by expert witnesses. At that time, if Plaintiff intends to use an expert, they must give the Defendant either a signed report from the expert that presents all the witness' opinions and all the other information required by Federal Rule of Civil Procedure 26(a)(2)(B) for experts with regard to whom that

Rule applies or a disclosure identifying the subject matter on which that witness is expected to provide expert testimony and a summary of the facts and opinions to which the witness is expected to testify, as required by Rule(26)(a)(2)(C).

**G.** No later than **April 8, 2014** – Defendant shall tell the Plaintiff if they intend to use any testimony by expert witnesses. At that time, if Defendant intends to use an expert, they must give the Plaintiff either a signed report from the expert that presents all the witness' opinions and all the other information required by Federal Rule of Civil Procedure 26(a)(2)(B) for experts with regard to whom that Rule applies or a disclosure identifying the subject matter on which that witness is expected to provide expert testimony and a summary of the facts and opinions to which the witness is expected to testify, as required by Rule(26)(a)(2)(C).

**J.** No later than **June 16, 2014** – Any party who believes that there is no genuine issue as to any material fact and that it is entitled to judgment as a matter of law, and therefore the case does not need to go to trial, must file its motion under Federal Rule of Civil Procedure 56.

All other requirements of the Court's Scheduling Order [Dkt. 19] remain in effect.

The parties further discussed the settlement conference scheduled for April 14, 2014.  Plaintiff is ordered to serve its settlement demand no later than March 10, 2014.  Defendant's response to the demand shall be served no later than March 25, 2014.  The parties are to email to chambers at MJDinsmore@insd.uscourts.gov copies of the settlement demand and response thereto.

This matter is scheduled for a telephonic status conference on **Thursday, March 13, 2014 at 3:00 p.m.** to discuss case management deadlines.  Parties shall attend the status conference by calling 1-877-336-1839 Access Code 4951264 Security Code

020513.

Dated: 01/30/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Amie Peele Carter
BAKER & DANIELS - Indianapolis
amie.peelecarter@FaegreBD.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Ryann E. Ricchio
FAEGRE BAKER DANIELS LLP - Indianapolis
ryann.ricchio@faegrebd.com

GLENN NOPAL
530 Quail Run
Greenwood, IN 46142